December 16, 2011

Mr. Charles Lamar Drayden
Drayden & Associates
P.O. Box 270743
Houston, TX 77277
Ms. Christina Stone
Gaughan Stone & Thiagarajan
2500 Tanglewilde, Suite 222
Houston, TX 77063-2139

RE: Case Number: 11-0189
 Court of Appeals Number: 01-10-00715-CV
 Trial Court Number: 0740425

Style: RYLAND ENTERPRISE, INC.
 v.
 VICKIE WEATHERSPOON

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Lehrmann not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. M. Karinne |
| |McCullough |
| |Mr. Chris Daniel |